# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**9**

**KAH 10-00037**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
GLENN E. VAN NORSTRAND, PETITIONER-APPELLANT,

                    V                                    ORDER

HAROLD D. GRAHAM, SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR
PETITIONER-APPELLANT.

ANDREW M. CUOMO, ATTORNEY GENERAL, ALBANY (KATE H. NEPVEU OF COUNSEL),
FOR RESPONDENT-RESPONDENT.

-------------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Cayuga County (Mark H.
Fandrich, A.J.), entered October 19, 2009 in a proceeding pursuant to
CPLR article 70.  The order denied the motion of petitioner for a stay
and reconsideration.

        It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see People ex rel. Hinton v Graham*, 66 AD3d 1402, 1403,
*lv denied* 13 NY3d 934, 14 NY3d 795).

Entered:  February 10, 2011                     Patricia L. Morgan
                                                Clerk of the Court